IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOHN COCKRELL and DENISE COCKRELL,

Plaintiffs,

v.

Civil Action No. 1:22-cv-00296-MSN-JFA

GREGORY FUNDING, LLC,

Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO GREGORY FUNDING, LLC

THIS DAY CAME Plaintiffs, John Cockrell and Denise Cockrell, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and move the Court to dismiss with prejudice their Complaint against Defendant, Gregory Funding, LLC.

UPON CONSIDERATION WHEREOF, for good cause shown, and the notice and request of Plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE against Defendant, Gregory Funding, with each party to pay its own attorney's fees and costs. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

ENTERED this 28th day of July, 2022.

/s/
Michael S. Nachmanoff
United States District Judge
United States District Court Judge